| | |
|---|---|
| 1 | KATHRYN J. FRITZ (CSB No. 148200) |
| 2 | JENNIFER L. KELLY (CSB No. 193416) |
|   | EVAN R. BENNETT (CSB No. 230112) |
| 3 | FENWICK & WEST LLP |
|   | 275 Battery Street |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 875-2300 |
| 5 | Facsimile: (415) 281-1350 |
| 6 | Attorneys for Plaintiff |
|   | LEISURETECH ELECTRONICS PTY LIMITED |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEISURETECH ELECTRONICS PTY LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>GREYFOX SYSTEMS, INC.,<br><br>        Defendant/Third Party Plaintiff.<br><br>AND RELATED CLAIMS. | Case No. 04-0947 JSW (ND Cal)<br><br>**[PROPOSED] ORDER EXTINGUISHING UNDERTAKING** |

[PROPOSED] ORDER EXTINGUISHING
UNDERTAKING (04-0947- JSW (ND CAL))

Upon reviewing Plaintiff LeisureTech Electronic PTY Limited's ("LTE") Miscellaneous Administrative Request for an Order Extinguish Undertaking, and good cause appearing therefor, LTE's request to extinguish the undertaking deposited on or about May 19, 2004 pursuant to Fed. R. Civ. P. 65(c) is GRANTED. The clerk of the court is directed to issue a check payable to "LeisureTech Electronic PTY Limited" in the amount of $10,000 (ten thousand U.S. dollars). The check shall be sent to LTE's attorney of record at:

> Kathryn J. Fritz, Esq.
> FENWICK & WEST LLP
> 275 Battery Street, Suite 1500
> San Francisco, CA 94111
> (415) 875-2300

**IT IS SO ORDERED.**

Dated: December 5, 2005

_____
The Honorable Jeffery S. White

PROPOSED ORDER EXTINGUISHING UNDERTAKING (04-0947- JSW (ND CAL))    2